## Commonwealth, Appellant, *v.* Nance.

Argued April 15, 1970. *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Fred E. Baxter, Jr.,* Assistant Public Defender, for appellee.

Order affirmed.

## Commonwealth *v.* Paxos, Appellant.

Argued March 16, 1970. *Robert F. Simone,* with him *Mark A. Lublin,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.